

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-20-00100-CV

**EX PARTE J.P.**

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019W1790
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On March 24, 2021, we withdrew the submission date and abated this appeal pending the supreme court's disposition of a factually similar case. The court recently issued its opinion, *Ex parte K.T.*, No. 20-0977, 2022 WL 1510329 (Tex. May 13, 2022), and we now reinstate this appeal on this court's docket.

This case has been reset for formal submission on briefs only before this court on June 22, 2022, before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Liza A. Rodriguez.

The parties' briefs have been filed; no additional briefing is requested.

It is so **ORDERED** on May 27, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT